# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# AIKEN DIVISION

| | |
|---|---|
| **DARLENE PHILLIPS,** ) | **C/A No. 1:13-3321-MGL** |
|     **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | **ORDER** |
| **CAROLYN W. COLVIN,** ) | |
| **COMMISSIONER OF SOCIAL** ) | |
| **SECURITY ADMINISTRATION,** ) | |
|     **Defendant.** ) | |
| _____) | |

On January 10, 2017, Counsel for the Plaintiff, W. Daniel Mayes, filed a motion for attorney's fees and costs pursuant to the Social Security Act, 42 U.S.C. § 406(b). The motion seeks reimbursement for counsel's representation in the captioned matter in the amount of $14,031.25, which amounts to twenty-five percent of the past-due benefits withheld by the Social Security Administration for attorney's fees. The Court has reviewed Counsel's fee petition and the signed fee agreement that was submitted with the petition, and finds Counsel's request for fees reasonable. Accordingly,

IT IS ORDERED that Plaintiff's motion for attorney's fees pursuant to the Social Security Act, 42 U.S.C. § 406(b), is granted in the amount of 14,031.25. Plaintiff's attorney must refund to Plaintiff the amount of $4,227.50, representing the attorney's fees previously awarded under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

                                            s/Mary Geiger Lewis_____
                                            MARY GEIGER LEWIS
                                            UNITED STATES DISTRICT COURT JUDGE

Dated: January 12, 2017
Columbia, South Carolina